S. LANE TUCKER
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: thomas.bradley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JAMES JOSEPH WOHLERS,<br><br>        Defendant. | No. 3:24-cr-00135-SLG-MMS<br><br>COUNT 1:<br>WIRE FRAUD<br>  Vio. of 18 U.S.C. § 1343<br><br>COUNTS 2-4:<br>TAX EVASION<br>  Vio. of 26 U.S.C. § 7201<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>  18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

THE SCHEME TO DEFRAUD GBR

Defendant JAMES JOSEPH WOHLERS (WOHLERS) was hired by GBR Equipment/Oilfield Services (GBR) in approximately 2008. GBR was based in Anchorage, Alaska and provides oilfield services on the North Slope and elsewhere. WOHLERS was

initially hired as the Human Resources Manager. WOHLERS' initial salary was approximately $18,000 per month, paid bi-monthly via Automated Clearing House (ACH) wire transfers.

In approximately 2009, WOHLERS' position changed to General Manager for GBR. WOHLERS oversaw vendor interface, employee hiring, payroll, and accounting. WOHLERS was authorized to conduct all types of company transactions, open and close accounts, and supervise all financial management and recordkeeping for the company. Part of WOHLERS' responsibilities included coordinating ACH transactions from GBR's First National Bank Alaska account (FNBA) to outside accounts.

GBR employees became concerned when GBR was earning sufficient revenue yet was unable to pay vendors and employees. In 2019, a GBR employee analyzed the firm's finances and bank records. The audit disclosed ACH payments and wire transfers from GBR that were not for the benefit of GBR. No other GBR employee had access to corporate credit card statements and ultimate authority over GBR's accounting/payroll system besides WOHLERS. In addition to the ACH payments and wire transfers, WOHLERS was using GBR's corporate credit cards for his personal use.

From at least 2013 through 2019, WOHLERS embezzled funds from GBR through unauthorized personal transactions, including: ACH payments to WOHLERS' personal credit cards; ACH payments to both business and personal bank accounts in WOHLERS' name; personal expenses charged to GBR's corporate credit cards; direct ACH payments to retailers for personal expenses; and income for services performed by GBR diverted to WOHLERS' personal account.

In approximately 2015, WOHLERS formed a partnership named BGI Industrial Services (BGI). The business was registered with the Alabama Secretary of State.

In 2017, GBR performed services for Eliason Holding Company and Arctic Deadhorse. WOHLERS sent both companies invoices from BGI for $25,000 and $2,500 respectively. Both companies paid the invoices. The money was deposited into BGI's bank account at Alabama First Community Bank. WOHLERS was the sole signatory and member on the account. WOHLERS used GBR credit cards to pay for business expenses related to BGI. WOHLERS also utilized employees paid by GBR to complete work on behalf of BGI.

On or about November 24, 2015, WOHLERS announced GBR employee pay cuts of 5 to 10 percent along with other restrictive measures to address GBR's poor financial condition. On or about February 16, 2016, WOHLERS announced additional GBR employee pay cuts of 5 to 15 percent to address GBR's deteriorating financial condition.

On or about February 22, 2016, WOHLERS charged the GBR AMEX credit card approximately $27,000 to purchase full fare round-trip Delta Airlines tickets from Birmingham, Alabama to Shanghai, China for a child adoption trip. On or about February 25, 2016, WOHLERS wired $16,171 from the GBR checking account at FNBA to a bank account in Shanghai, China.

WOHLERS was terminated by GBR on August 6, 2019. In addition to the termination letter, GBR sent WOHLERS a demand letter which stated WOHLERS owed GBR $1,500,000. After being terminated, WOHLERS deleted approximately 10,000 emails from GBR's servers.

## COUNT 1

The above paragraphs are hereby realleged and incorporated by reference as if fully restated herein.

Beginning at an exact date unknown, but at least in or about 2013, and continuing until at least in or about November 2019, within the District of Alaska, the Southern District of Alabama, and elsewhere, the defendant, JAMES JOSEPH WOHLERS, did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud as to a material matter and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, and, for the purpose of executing such scheme and artifice and attempting to do so, did on or about March 18, 2019, transmit and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs and signals, namely an Automated Clearing House (ACH) payment of five thousand dollars ($5,000) from GBR Checking Account xxxx933 at First National Bank Alaska (FNBA) to WOHLERS' American Express (AMEX) personal credit card xxxx-xxxxxx-x2003,

All of which is in violation of 18 U.S.C. § 1343.

## COUNT 2

From on or about January 1, 2017, through on or about April 17, 2018, within the District of Alaska, the Southern District of Alabama, and elsewhere, Defendant JAMES JOSEPH WOHLERS willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2017, by committing the following affirmative acts, among others:

(a) preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent 2017 Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service;

(b) paying personal credit cards through ACH payments from GBR's FNBA bank account in Alaska to his personal American Express, Citibank and Chase credit cards;

(c) charging personal expenses to GBR's corporate credit cards, including expenses for internet/cable, Paypal, and payments to a church in Alabama;

(d) transferring $60,507 from GBR's FNBA account in Alaska to Russell Marine in Lake Marin, Alabama to purchase a boat;

All of which is in violation of 26 § U.S.C. 7201.

## COUNT 3

From on or about January 1, 2018, through on or about April 16, 2019, within the District of Alaska, the Southern District of Alabama, and elsewhere, Defendant JAMES JOSEPH WOHLERS willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2018, by committing the following affirmative acts, among others:

(e) preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent 2018 Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service;

(f) paying personal credit cards through ACH payments from GBR's FNBA

bank account in Alaska to his personal American Express, Citibank and Chase credit cards;

(g) charging personal expenses to GBR's corporate credit cards, including expenses for internet/cable, Paypal, and payments to a church in Alabama;

All of which is in violation of 26 § U.S.C. 7201.

## COUNT 4

From on or about January 1, 2019, through on or about April 16, 2020, within the District of Alaska, the Southern District of Alabama, and elsewhere, Defendant JAMES JOSEPH WOHLERS willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2019, by committing the following affirmative acts, among others:

(h) preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent 2019 Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service;

(i) paying personal credit cards through ACH payments from GBR's FNBA bank account in Alaska to his personal American Express, Citibank and Chase credit cards;

(j) charging personal expenses to GBR's corporate credit cards, including expenses for internet/cable, Paypal, and payments to a church in Alabama;

All of which is in violation of 26 § U.S.C. 7201.

# CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Upon conviction of the offense charged in Count 1, the defendant, JAMES JOSEPH WOHLERS, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343, including a forfeiture money judgment equal to the value of the property.

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

//
//
//

Page 7 of 8
Case 3:24-cr-00135-SLG-MMS    Document 2    Filed 12/18/24    Page 7 of 8

All pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Thomas C. Bradley
THOMAS C. BRADLEY
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney
United States of America

DATE: 12/18/24